UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JONATHAN MARCEL McNEAL, | ) |
| Petitioner, | ) |
| v. | ) Case No. 5:24-cv-0472-LCB-SGC |
| ANTONIO McCLAIN, *et al.*, | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on January 3, 2025, recommending the claims presented in this petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, be denied and dismissed as time-barred, unexhausted, and procedurally defaulted. (Doc. 10). The magistrate judge also recommended denial of a certificate of appealability. (*Id.* at 8-9). Although the report advised the petitioner of his right to object, the Clerk of Court has not received any objections; the deadline to object has expired.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the claims presented in this matter will be denied and dismissed as time-barred, unexhausted, and procedurally defaulted. Additionally, a certificate of appealability will be denied.

A separate order will be entered. The Clerk is **DIRECTED** to mail a copy of this order to the petitioner.

**DONE** and **ORDERED** January 31, 2025.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE